**Valene Kay CORNWELL, Appellant,**

v.

**Brent Phillip JOHNSTON, Respondent.**

**No. WD 69710.**

Missouri Court of Appeals, Western District.

March 3, 2009.

David B. Mandelbaum, Leawood, KS, for appellant.

Karl H. Timmerman, Holden, MO, for respondent.

**358**

Before DIV II: HARDWICK, P.J., HOWARD and AHUJA, JJ.

### ORDER

PER CURIAM.

Valene Cornwell appeals from a modification judgment that designated Brent Johnston as the residential custodian of the parties' minor child. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).